IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 06-cr-00248-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.     RONALD P. RAEBURN, and
2.     JODI MARIE RAEBURN,
        a/k/a Jodi Larson,

    Defendants.

## ORDER

This matter comes before the Court on the Government's Motion to Disclose Materials Obtained through Grand Jury Investigation to Defendants, pursuant to FED. R. CRIM. P. 6(e)(3)(E)(I). Having reviewed the motion, the Court finds that good and sufficient cause supports the same. It is, therefore,

ORDERED that the government's motion is **GRANTED**, and that documents obtained through the grand jury investigation may be disclosed to defendants Ronald P. Raeburn and Jodi Marie Raeburn and their respective counsel. It is

FURTHER ORDERED that such materials shall only be used in defending this case; that such materials are disclosed only to the defendants and their respective attorneys; that the defendants' respective attorneys shall maintain custody of such materials, and shall not reproduce or disseminate the same; and that such materials shall be returned to the United States at the end of the case.

Dated: June 29, 2006

BY THE COURT:


s/ Wiley Y. Daniel
Wiley Y. Daniel
U. S. District Judge